UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDREA CASULA, on behalf of herself and all others similarly situated.
Plaintiff(s)

v. CIVIL ACTION NO. 10-10477-GAO

ATHENAHEALTH, INC. JONATHAN BUSH, and CARL B BYERS
Defendant(s)

**JUDGMENT IN A CIVIL CASE**

O'TOOLE , D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**In accordance with the court's Opinion and Order, dated September 30, 2011, the Defendants' Motion to Dismiss the Amended Class Complaint (dkt. No 26) is GRANTED and the Complaint is DISMISSED.**

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/30/11

By /s/ Paul Lyness
Deputy Clerk

(JudgementCivil.wpd - 3/7/2005)